NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 12-837

SUCCESSION OF PERCY J. FONTENOT

**********

APPEAL FROM THE
THIRTEENTH JUDICIAL DISTRICT COURT
PARISH OF EVANGELINE, NO. 11480-B
HONORABLE THOMAS F. FUSELIER, DISTRICT JUDGE

**********

BILLY H. EZELL

JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Sylvia R. Cooks, and Billy H. Ezell, Judges.

APPEAL DISMISSED.  APPELLANT IS PERMITTED TO
FILE AN APPLICATION FOR SUPERVISORY WRITS.

**Randall Lee Guidry**
**Attorney at Law**
**503 West University Avenue**
**Lafayette, LA 70506-3651**
**(337) 233-8800**
**COUNSEL FOR APPELLANT:**
     **Darwin J. Fontenot**

**Alan K. Breaud**
**Breaud & Meyers**
**Post Office Box 3448**
**Lafayette, LA  70502**
**(337) 266-2200**
**COUNSEL FOR APPELLEE:**
    **Chris Rainey, et al.**

**Marcus L. Fontenot**
**13th JDC, ADA**
**Post Office Drawer 780**
**Ville Platte, LA 70586**
**(337) 363-3438**
**and**
**Donald Albert Capretz**
**Post Office Box 53509**
**Lafayette, LA 70505**
**(337) 237-9999**
**COUNSEL FOR APPELLEE:**
    **Succession of Percy J. Fontenot**

**Christopher Brent Coreil**
**District Attorney**
**13th Judicial District Court**
**Post Office Drawer 780**
**Ville Platte, LA 70586**
**(337) 363-3438**
**COUNSEL FOR APPELLEE:**
    **Carl Fontenot**

**Joffre Wendel Fusilier**
**Jacob B. Fusilier**
**Post Office Box 528**
**Ville Platte, LA 70586-0000**
**(337) 363-6661**
**and**
**James L. Brazee, Jr.**
**Brazee, Cormier & Gallaspy**
**2901 Johnston Street, #206**
**Lafayette, LA 70503-0000**
**(337) 237-0492**
**COUNSEL FOR APPELLEE:**
    **Anita Fontenot, et al.**

**David Charles Laborde**
**The LaBorde Law Firm**
**Post Office Box 80098**
**Lafayette, LA 70598-0098**
**(337) 261-2617**
**COUNSEL FOR APPELLEE:**
    **Chad Fontenot**

**EZELL, Judge.**

This court issued a rule for the Appellant, Darwin J. Fontenot, to show cause, by brief only, why the instant appeal should not be dismissed as having been taken from a non-appealable, interlocutory ruling. After considering Appellant's response and a supplemental appeal record, we dismiss the appeal for the reasons assigned below.

The instant case is a testate succession of the Appellant's father, Percy J. Fontenot. In the course of these proceedings, the Appellant filed a motion for partial summary judgment challenging specific bequests in the testament and an "Opposition to Probate of Testament or Alternatively to Specific Legacy." Following a hearing on both pleadings, the trial court denied the motion for partial summary judgment and the opposition to probate. A written judgment was signed on June 13, 2012. The Appellant filed a motion and order for appeal on June 22, 2012. The record in this appeal was lodged on July 25, 2012, and supplemented on October 23, 2012.

Despite the fact that the trial court certified the judgment as a final judgment, the judgment appealed, which denied Appellant's motion for partial summary judgment and opposition to probate testament, does not decide the merits of this case and is interlocutory. La.Code Civ.P. art. 1841. Therefore, we hereby dismiss the instant appeal. The Appellant is hereby permitted to file a proper application for writs in compliance with Uniform Rules---Courts of Appeal, Rule 4, no later than February 7, 2013. The Appellant is not required to file a notice of intent to seek writs nor obtain an order setting a return date pursuant to Uniform Rules---Courts of Appeal, Rule 4--3.

**APPEAL DISMISSED. APPELLANT IS PERMITTED TO FILE AN APPLICATION FOR SUPERVISORY WRITS.**

THIS OPINION IS NOT DESIGNATED FOR PUBLICATION.
Rule 2-16.3 Uniform Rules, Court of Appeal.